IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:15-CR-012 |
| | : | |
| v. | : | **ELEMENTS OF THE OFFENSES** |
| | : | |
| CHRISTOPHER CORNELL | : | Senior Judge Sandra Beckwith |
| | : | |

Count 1 of the Superseding Indictment (attempted murder of government officials and employees, in violation of 18 U.S.C. § 1114) has the following elements:

a. The defendant knowingly attempted to unlawfully kill a person;
b. The person or person to be killed were officers and employees of the United States;
c. The defendant attempted to kill such persons while such officers and employees of the United States were engaged in and on account of the performance of their official duties; and
d. Some of such act or acts occurred in the Southern District of Ohio on or about the dates set forth in the Superseding Indictment.

Count 3 of the Superseding Indictment (possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)) has the following elements:

a. The defendant did knowingly possess a firearm;
b. The defendant possessed the firearm in furtherance of an attempted crime of violence for which he may be prosecuted in a court of the United States, that is, the attempted killing of officers and employees of the United States in Count 1; and
c. Some of such act or acts occurred in the Southern District of Ohio on or about the dates set forth in the Superseding Indictment.

Count 4 of the Superseding Indictment (attempted material support to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B) has the following elements:

a. The defendant is a citizen of the United States;
b. The defendant knowingly attempted to provide material support or resources to a foreign terrorist organization;

    c.      The defendant did so knowing that the organization was a designated terrorist organization and that the organization had engaged in and was engaging in terrorist activity and terrorism; and

    d.      Some part of such act or acts occurred in the Southern District of Ohio on or about the dates set forth in the Indictment.

**BENJAMIN C. GLASSMAN**
**Acting United States Attorney**

*Timothy S. Mangan/s*
_____

**Timothy S. Mangan, Esq.**
**Assistant U.S. Attorney**
**221 East Fourth Street, Suite 400**
**Cincinnati, Ohio  45202**

**Michael Dittoe, Esq.**
**U.S. Dept. of Justice**
**National Security Division**
**950 Penn. Ave. N.W., Room 2740**
**Washington, DC  20530**