# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-CR-00012-SSB |
| | : | |
| Plaintiff, | : | Judge BECKWITH |
| | : | |
| v. | : | |
| | ` : | |
| CHRISTOPHER LEE CORNELL, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Now come attorneys, Martin S. Pinales and Candace C. Crouse, and respectfully move this honorable Court for permission to withdraw as counsel on this case. Mr. Cornell has requested that counsel file a notice of appeal to preserve his appellate rights. Undersigned counsel believes it to be in the best interest of Mr. Cornell that new appellate counsel be appointed for his case.

Respectfully submitted,

 /s/ Candace C. Crouse
MARTIN S. PINALES (Ohio Bar No. 0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2750
(513) 252-2751
mpinales@pinalesstachler.com
ccrouse@pinalesstachler.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served via email on all counsel of record on this 6th day of December, 2016.

                                        /s/ Candace C. Crouse
                                        CANDACE C. CROUSE (0072405)

2